No. 05–8142.  HOWARD v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 05–8145.  JONES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–8148.  BACALLAO v. CRABB, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN. C. A. 7th Cir.  Certiorari denied.

No. 05–8150.  HICKS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8153.  GOVAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8156.  HIGHTOWER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 05–8157.  HUGHES v. SLADE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–8167.  GARCIA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8168.  HUDSON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 05–8170.  GLADDEN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–8171.  GOMES RIVAS ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8172.  SCHOLES v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–8173.  HARRIS v. BLEDSOE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 05–8176.  EBECK v. McFADDEN, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 05–8180.  FERREIRA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.